1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CIVIL ACTION NO. |
| Plaintiff, | |
| v. | COMPLAINT |
| | JURY TRIAL DEMAND |
| BONNEVILLE HOT SPRINGS, INC. AND CARSON HOT SPRINGS RESORT, LLC, | |
| Defendants. | |

NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex, female, and to provide appropriate relief to Charging Party and similarly situated female employees who were adversely affected by such practices.  Plaintiff United States Equal Employment Opportunity Commission ("Plaintiff," "the Commission," or "the EEOC") alleges that Defendants Bonneville Hot Springs, Inc. and Carson Hot Springs Resort, LLC subjected Holly Nelson and a class of similarly situated female employees to sexual harassment, including a hostile work environment based on their sex, female, and subjected Ms. Nelson to constructive discharge.  Plaintiff seeks

COMPLAINT – 1

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

monetary relief, including pecuniary and non-pecuniary compensatory and punitive damages, and injunctive relief on behalf of Ms. Nelson and a class of similarly situated employees.

<u>JURISDICTION AND VENUE</u>

1.       Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.       The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Washington.

<u>PARTIES</u>

3.       Plaintiff is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §§ 2000e-5(f)(1) and 3, and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

4.       At all relevant times, Defendant Bonneville Hot Springs, Inc. has been a corporation continuously doing business in the state of Washington and employing at least fifteen (15) employees.

5.       At all relevant times, Defendant Carson Hot Springs Resort, LLC has been a corporation continuously doing business in the state of Washington and employing at least fifteen (15) employees.

COMPLAINT – 2

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

6.     At all relevant times, Defendant Bonneville Hot Springs, Inc. has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e-(b), (g) and (h).

7.     At all relevant times, Defendant Carson Hot Springs Resort, LLC has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e-(b), (g) and (h).

ADMINISTRATIVE PROCEDURES

8.     More than thirty (30) days prior to the institution of this lawsuit, Holly Nelson filed a charge of discrimination with the EEOC alleging violations of Title VII by Defendant Bonneville Hot Springs, Inc.  On July 19, 2018, the Commission issued a Letter of Determination on Ms. Nelson's charge finding reasonable cause to believe that Defendants Bonneville Hot Springs, Inc. and Carson Hot Springs Resort, LLC, through the actions of its owner and general managers, violated Title VII with regard to Ms. Nelson and similarly situated aggrieved female employees. The Letter of Determination invited Defendants to join with the Commission in informal methods of conciliation to endeavor to eliminate the unlawful employment practices and to provide appropriate relief.  The Commission engaged in communications with Defendants to provide Defendants the opportunity to remedy the discriminatory practices described in the Letter of Determination.  The Commission was unable to secure from Defendants a conciliation agreement acceptable to the Commission.  On September 13, 2018, the Commission issued to Defendants a Notice of Failure of Conciliation, and mailed and emailed such Notice to Defendants.  All conditions precedent to the initiation of this lawsuit have been fulfilled.

COMPLAINT – 3

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

1

## STATEMENT OF CLAIMS

2

9.      From at least January 2, 2014, Defendants have engaged in unlawful employment

3

4

practices in violation of § 703(a) of Title VII, 42 U.S.C. § 2000e-2(a), by subjecting Ms. Nelson and

5

other female employees to a hostile work environment based on their sex, female, and by subjecting

6

Ms. Nelson to constructive discharge.

7

10.     The practices complained of in paragraph 9 include but are not limited to the

8

following:

9

10

a.      The owner of both Defendant entities, Perfil Cam, repeatedly subjected female

11

employees to lewd sexual comments, sexual propositions, sexual innuendos, and remarks about their

12

clothing and bodies.

13

14

b.      Cam subjected female employees to unwanted touching such as kissing, hugs,

15

rubbing of their arms and hands, pressing up against and/or touching their breasts.  Cam grabbed

16

female employees' hands, arms, and/or wrists and did not let go, forcing the female employees to

17

pull away from him.  Cam also pressed his erect penis up against a female employee.  Cam caressed

18

and pulled the hair of female employees.

19

20

c.      Cam asked female employees to come to areas of the resorts that were not

21

covered by the resorts' video surveillance cameras.  Cam trapped female employees in a room or

22

secluded area of the resorts.

23

11.     Ms. Nelson and other female employees reported Cam's offensive and unwelcome

24

sexual conduct on more than one occasion to various supervisors, managers, and the general

25

26

managers.  Defendants failed to take prompt or appropriate corrective action to prevent or remedy

27

28

COMPLAINT – 4

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

the hostile work environment caused by Cam's offensive and unwelcome sexual conduct toward Ms. Nelson and other aggrieved female employees.

12.     During Ms. Nelson's employment she was subjected to ongoing sexual harassment. Despite assurances from management that Cam would be kept away from her while she worked, Ms. Nelson saw Cam unaccompanied in the vicinity of her work area.  Defendant Bonneville Hot Springs, Inc.'s inability to control Cam's behavior made the working conditions so intolerable that Ms. Nelson felt forced to resign.

13.     The effect of Defendants' practices complained of in paragraphs 9-12 above has been to deprive Ms. Nelson and other aggrieved female employees of equal employment opportunities because of their sex, female.

14.     The unlawful employment practices complained of in paragraphs 9-12 above were intentional.

15.     The unlawful employment practices complained of in paragraphs 9-12 above were done with malice or reckless indifference to the federally protected rights of Ms. Nelson and other aggrieved female employees.

<u>PRAYER FOR RELIEF</u>

Wherefore, the EEOC respectfully request that this Court:

A.     Grant permanent injunction enjoining Defendants and/or its officers, successors, agents, assigns, and all persons in active concert or participation with it, from engaging in any employment practices which discriminate on the basis of sex.

COMPLAINT – 5

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

B.      Order Defendants to institute and carry out policies, practices, and programs which provide equal employment opportunities for all employees, and which eradicate the effects of its past and present unlawful employment practices.

C.      Order Defendants to make whole Ms. Nelson and those similarly situated by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraphs 7-12 above, including past and future out-of-pocket expenses, in amounts to be determined at trial.

D.      Order Defendants to make whole Ms. Nelson and those similarly situated by providing compensation for past and future non-pecuniary losses resulting from the unlawful employment practices complained of in paragraphs 9-12 above, including without limitation emotional pain, suffering, and loss of enjoyment of life, in amounts to be determined at trial.

E.      Order Defendants to make Ms. Nelson whole by providing appropriate back pay with prejudgment interest in amounts to be determined at trial, and/or other affirmative relief necessary to eradicate the effects of Defendant's unlawful employment practices described in paragraphs 9-12 above, including but not limited to, front pay compensation for Ms. Nelson in lieu of reinstatement in an amount to be determined at trial.

F.      Order Defendants to pay Ms. Nelson and those similarly situated punitive damages for its malicious and reckless conduct described in paragraphs 9-12 above, in amounts to be determined at trial.

G.      Grant such further relief as the Court deems necessary and proper in the public interest.

H.      Award the Commission its costs of this action.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

1

<u>JURY TRIAL DEMAND</u>

2

The Commission requests a jury trial on all questions of fact raised by its complaint.

3

4

5

Dated this 13th day of May, 2019

6

7

ROBERTA L. STEELE                                  JAMES L. LEE
Regional Attorney                                        Deputy General Counsel

8

9

JOHN F. STANLEY                                      GWENDOLYN Y. REAMS
Supervisory Trial Attorney                           Associate General Counsel

10

TERI L. HEALY
Senior Trial Attorney

11

12

BY:  *s/ Roberta L. Steele*
13

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

14

909 First Avenue, Suite 400                          Office of the General Counsel
Seattle, WA  98104-1061                              131 "M" Street NE

15

Telephone (206) 220-6915                            Washington, D.C. 20507

16

Facsimile (206) 220-6911

17

Attorneys for Plaintiff EEOC

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT – 7

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

1

## CERTIFICATE OF SERVICE

2         I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the

3    Court using the CM/ECF system.

4

5

6         DATED this 13th day of May, 2019

7                                        */s/ Rebecca Eaton*
                                         REBECCA EATON
8                                        Paralegal Specialist
                                         Equal Employment Opportunity Commission
9                                        909 First Ave., Suite 400
                                         Seattle, Washington 98104
10                                       Telephone: 206-220-6855
                                         Fax: 206-220-6911
11                                       Email: rebecca.eaton@eeoc.gov

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT – 8

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882