UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

         Plaintiff,

    vs.

BONNEVILLE HOT SPRINGS, INC. AND
CARSON HOT SPRINGS RESORT, LLC,

         Defendants.

Civil Action No. 3:19-cv-05409

[~~PROPOSED~~] ORDER ON BONNEVILLE
HOT SPRINGS, INC. AND CARSON HOT
SPRINGS RESORT, LLC'S UNOPPOSED
MOTION FOR EXTENSION OF TIME
TO APPEAR

This matter came before the court on defendants Bonneville Hot Springs,
Inc. and Carson Hot Springs Resort, LLC's *unopposed* motion for extension of
time to appear. Having reviewed the motion and the court records and files,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

[PROPOSED] ORDER ON BONNEVILLE HOT SPRINGS,
INC. AND CARSON HOT SPRINGS RESORT, LLC'S
MOTION FOR EXTENSION OF TIME TO APPEAR
- 1
USDC WD WA CAUSE NO. 3:19-cv-05409
4817-2218-7931.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
971.712.2800

1

IT IS HEREBY ORDERED that:

2

3       1.      Extension of time is granted to August 2, 2019 for defendants' to

4   answer or otherwise appear in the captioned matter.

5

6

7       ORDERED this __26th__ day of June, 2019.

8

9

10  _____

    Mary Alice Theiler

11  United States Magistrate Judge

12

13

14

15

16

17  PRESENTED BY:
    _/s/ Eric J. Neiman_____

18  Eric J. Neiman, WSBA No. 14473

19

20

21

22

23

24

25

26

27

**[PROPOSED] ORDER ON BONNEVILLE HOT SPRINGS,**
**INC. AND CARSON HOT SPRINGS RESORT, LLC'S**
**MOTION FOR EXTENSION OF TIME TO APPEAR**
- 2
USDC WD WA CAUSE NO. 3:19-cv-05409
4817-2218-7931.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
971.712.2800