

# NOTICE TO EMPLOYEES

**This notice has been posted pursuant to an Order of the Court, entered on [DATE], approving the Consent Decree entered in resolution of a lawsuit brought by the U.S. Equal Employment Opportunity Commission (EEOC) against Bonneville Hot Springs, Inc. and Carson Hot Springs Resort, LLC in the United States District Court for the Western District of Washington. The Consent Decree is binding on the current businesses, with provisions applicable to owner Pirfil Cam, as well as any future purchasers or operators. The Consent Decree resolves EEOC's claims of sexual harassment brought against the businesses and enjoins them from certain conduct prohibited by law.**

**Federal law and the Consent Decree prohibit discrimination against any individual because of his or her sex including sexual harassment.**

**Federal law also prohibits retaliation against any individual by an employer because the individual complains of discrimination, cooperates with any company or Government investigation of a charge of discrimination, participates as a witness or potential witness in any investigation or legal proceeding, or otherwise exercises his or her rights under the law.**

**Any employee who is found to have retaliated against any other employee because such employee participated in this lawsuit will be subject to substantial discipline up to and including immediate discharge.**

**Should you have any complaints of discrimination or harassment, you should contact _____ at _____.**

**Employees also have the right to bring complaints of discrimination or harassment to the U.S. Equal Employment Opportunity Commission, Seattle District Office at 909 1st Avenue, Suite 400, Seattle, WA 98104-1061, 206.220.6884, 1.800.669.4000.**

**This notice shall remain prominently posted at all facilities until [DATE], 202_.  This Official Notice shall not be altered, defaced, covered or obstructed by any other material.**