The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BONNEVILLE HOT SPRINGS, INC. and CARSON HOT SPRINGS RESORT, LLC,<br><br>Defendants. | NO. 19-cv-05409-BHS-MAT<br><br>[PROPOSED] ORDER ENTERING CONSENT DECREE |

The Court, having considered the foregoing stipulated agreement of the parties, HEREBY ORDERS THAT the Consent Decree be, and the same hereby is, approved as the final decree of this Court in full settlement of this action. This lawsuit is hereby dismissed with prejudice and without costs or attorneys' fees. The court retains jurisdiction of this matter for purposes of enforcing the Consent Decree approved herein.

DATED this____day of _____, 2020.

_____
THE HONORABLE BENJAMIN H. SETTLE
United States District Judge

EEOC v. Bonneville Hot Springs, Inc. and Carson Hot Springs Resort, LLC
19-cv-05409-BHS-MAT
[PROPOSED] ORDER ENTERING CONSENT DECREE – 1
4834-2503-2881.1

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Ave., Suite 400
Seattle, Washington 98104
Phone (206) 220-6884
Fax (206) 220-6911
TDD (206) 220-6882

Presented by:

| | |
|---|---|
| ROBERTA L. STEELE<br>Regional Attorney | SHARON FAST GUSTAFSON<br>General Counsel |
| JOHN F. STANLEY<br>Supervisory Trial Attorney | JAMES L. LEE<br>Deputy General Counsel |
| TERI L. HEALY<br>Senior Trial Attorney | GWENDOLYN Y. REAMS<br>Associate General Counsel |
| | Office of the General Counsel<br>131 M Street, N.E.<br>Washington, D.C. 20507 |

BY: *s/Roberta L. Steele*
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, WA  98104-1061
Telephone (206) 220-6916
Facsimile (206) 220-6911

Attorneys for Plaintiff EEOC

BY:  *s/Sharon C. Peters*
Sharon C. Peters
Lewis Brisbois Bisgaard & Smith LLP
888 SW Fifth Avenue, Suite 900
Portland, OR 97204-2025
Phone 971-712-2807
Fax 971-712-2801

Attorney for Defendants, Bonneville Hot Springs, Inc. and Carson Hot Springs Resort, LLC

EEOC v. Bonneville Hot Springs, Inc. and Carson Hot Springs Resort, LLC
19-cv-05409-BHS-MAT
[PROPOSED] ORDER ENTERING CONSENT DECREE – 2
4834-2503-2881.1

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882